UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

**John Sinclair, et al.**
    **Plaintiffs,**

    -vs-

**Secretary, Department of Housing and Urban Development et al.,**
    **Defendants.**

Civil Action No. 1:11-cv-00010

Judge Timothy S. Black

STIPULATON AND ENTRY OF DISMISSAL

Pursuant to the settlement agreement reached by the parties on October 10, 2012, Plaintiffs John Sinclair, Allan Straughn, and Dollie Straughn, by counsel, and Defendants Bank of America, N.A., and BAC Home Loans Servicing, LP, by counsel, hereby stipulate to the following:

1. Plaintiffs' claims against Bank of America, N.A. and BAC Home Loans Servicing, LP are dismissed with prejudice.

2. Defendants' counterclaims against John Sinclair, Allan Straughn, and Dollie Straughn are dismissed without prejudice.

3. By agreement of the parties, the portion of the Court's November 4, 2011 Opinion and Order ruling on the state law claims of Plaintiffs John Sinclair, Allan Straughn, and Dollie Straughn is VACATED.

4. This Stipulation and Entry of Dismissal is pursuant to and subject to the settlement reached by the parties on October 10, 2012.

SO ORDERED AND APPROVED:

<table>
<tr><td>12/13/2012</td><td>/s/ Timothy S. Black</td></tr>
<tr><td>Date</td><td>Hon. Judge Timothy S. Black<br>United States District Judge</td></tr>
</table>

Approved:

/s/ James S. Wertheim (per e-mail authority)
James S. Wertheim (OSC 0029464)
Maria Candace Burnette (OSC 0088507)
McGlinchey Stafford, PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Phone: (216) 378-9905
Fax: (216) 378-9910
E-mail: jwertheim@mcglinchy.com

*Attorneys for Bank of America, N.A. and BAC Home Loans Servicing, LP*


/s/ Steven R. Sharpe
John E. Schrider, Jr. (#0014967)
Steven R. Sharpe (#0083408)
Legal Aid Society of Southwest Ohio, LLC
10 Journal Square, 3rd Floor
Hamilton, OH 45011
Direct: 513.362.2788
Main: 513.241.9400
Fax: 513.894.7669
E-mail: ssharpe@lascinti.org

*Attorneys for John Sinclair, Allan Straughn, and Dollie Straughn*